RECEIVED USDC
CLERK, CHARLESTON, SC
2019 SEP 11 AM 10: 59

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Felipe Penor Sanchez, | ) |
| Plaintiff, | ) Civil Action No. 4:17-1734-RMG |
| vs. | ) |
| Andrew M. Saul, Commissioner of Social Security, | ) |
| Defendant. | ) **ORDER** |

This matter comes before the Court on Plaintiff's motion for approval of attorney's fees under 42 U.S.C. § 406(b). (Dkt. No. 30). Plaintiff's counsel seeks approval of an attorney's fee for her services on behalf of Plaintiff in federal court in the amount of $16,280.75, which represents 25% of the total back award obtained on behalf of Plaintiff. (Dkt. No. 30-1). Plaintiff's contract with his counsel provides for a 25% contingency fee. The Defendant has advised the Court that he does not oppose approval of the attorney fee request of Plaintiff, but correctly notes that upon receipt of the fee award under § 406(b), Plaintiff's counsel is obligated to pay to his client the amount previously awarded by the Court under EAJA. (Dkt. No. 32).

The Court has reviewed the Plaintiff's motion in light of the standards set forth in *Grisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002). The Court finds that pursuant to the *Grisbrecht* standards the proposed fee is reasonable and grants the Plaintiff's motion to approve the fee in the amount of $16,280.75. Upon receipt of this award, Plaintiff's counsel is directed to reimburse to Plaintiff $3,700.00 previously awarded under EAJA. (Dkt. No. 29).

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

September 11, 2019
Charleston, South Carolina